389 So.2d 4 (1980)
The STATE of Florida, Appellant,
v.
Damasco Vicente RODRIGUEZ, Appellee.
No. 79-1138.
District Court of Appeal of Florida, Third District.
September 23, 1980.
Rehearing Denied October 27, 1980.
Janet Reno, State's Atty., and Ira N. Loewy, Asst. State Atty., for appellant.
Jack R. Blumenfeld, Spain & O'Donnell, Miami, for appellee.
Before BARKDULL, HENDRY and SCHWARTZ, JJ.
PER CURIAM.
Affirmed on the authority of State v. Battleman, 374 So.2d 636 (Fla. 3d DCA 1979).